HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
BRUCE WATKINS

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-268 LKK |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | DATE: October 22, 2013 |
| BRUCE WATKINS | ) | TIME: 9:15 AM |
| Defendant. | ) ) | JUDGE: Hon. Lawrence K. Karlton |

The parties request that the status conference in this case be continued from Wednesday, October 1, 2013, to Tuesday, October 22, 2013 at 9:15 a.m. They stipulate that the time between October 1, 2013 and October 22, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4). Specifically, defense counsel needs additional time to investigate the facts of the case, examine the contraband, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in

a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: September 27, 2013                    Respectfully submitted,
                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Douglas Beevers
                                             DOUGLAS BEEVERS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             BRUCE WATKINS


Dated: September 27, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Kyle Reardon
                                             KYLE REARDON
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 1, 2013, be continued to October 22, 2013, at 9:15a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the October 22, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated:  October 1, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT