| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | BRUCE WATKINS |

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-268 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: December 3, 2013 |
| BRUCE WATKINS | ) | TIME: 9:15 AM |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |

The parties request that the status conference in this case be continued from Wednesday, November 13, 2013, to Tuesday, December 3, 2013 at 9:15 a.m. They stipulate that the time between November 13, 2013 and December 3, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4). Specifically, defense counsel needs additional time to investigate the facts of the case, examine the contraband, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

*United States v. Watkins*
Stipulation and Order

-1-

public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: November 8, 2013

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
BRUCE WATKINS

Dated: November 8, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Kyle Reardon*
KYLE REARDON
Assistant United States Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 13, 2013, be continued to December 3, 2013, at 9:15a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the December 3, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated: November 12, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*United States v. Watkins*
Stipulation and Order

-2-